Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JULIA PAVLOVIC

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JULIA PAVLOVIC,<br><br>                             Plaintiff,<br><br>        v.<br><br>HUNT & HENRIQUES, a general partnership, MICHAEL SCOTT HUNT, individually and in his official capacity, and JANALIE ANN HENRIQUES, individually and in her official capacity,<br><br>                             Defendants. | Case No. 5:11-CV-06371-HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

COMES NOW the Plaintiff, JULIA PAVLOVIC, by and through her attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, JULIA PAVLOVIC, hereby dismisses, with prejudice, all claims made by her against all Defendants in her Complaint filed herein on December 16, 2012.  Plaintiff further notifies the Court that her dispute with Defendants has been settled.

Dated:  January 24, 2012               /s/ Fred W. Schwinn
                                       Fred W. Schwinn, Esq.
                                       Attorney for Plaintiff
                                       JULIA PAVLOVIC